1   GARY A. CLARK, Cal. Bar No. 65455

**NOTE: CHANGES MADE BY THE COURT**

    gclark@sheppardmullin.com

2   DARREN M. FRANKLIN, Cal. Bar No. 210939
    dfranklin@sheppardmullin.com

3   SHEPPARD, MULLIN, RICHTER & HAMPTON LLP     **JS-6**
    A Limited Liability Partnership

4     Including Professional Corporations
  333 South Hope Street, 48th Floor

5   Los Angeles, California  90071-1448
  Telephone:  (213) 620-1780

6   Facsimile:  (213) 620-1398

7   Attorneys for Plaintiffs
  DAVID W. CUNNINGHAM,

8   GREGORY F. ESAKOFF, and
  ELECTRONIC THEATRE CONTROLS, INC.

9

10                 UNITED STATES DISTRICT COURT

11               CENTRAL DISTRICT OF CALIFORNIA

12                   WESTERN DIVISION

13   DAVID W. CUNNINGHAM, an individual;     Case No. CV 08-4519 JFW (AGRx)
  GREGORY F. ESAKOFF, an individual; and

14   ELECTRONIC THEATRE CONTROLS,     **ORDER OF DISMISSAL WITH**
  INC., a corporation,                      **PREJUDICE**

15

16                Plaintiffs,
     v.

17   LIGHTRONICS INC., a corporation,

18               Defendant.

19       **IT IS HEREBY ORDERED** that this action is dismissed with prejudice pursuant

20 to the parties' STIPULATION OF DISMISSAL WITH PREJUDICE. ~~The Court retains jurisdiction to~~

21 ~~enforce the Settlement Agreement between the parties effective December 5, 2008.~~ The parties

22 shall each bear their own costs and attorneys' fees incurred in connection with this action.

23

24 Dated:  December 23, 2008

25

26                                  _John F. Walter_

27                      UNITED STATES DISTRICT JUDGE

28

[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE